**ROBERT S. SOLA,** OSB # 84454
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
rssola@msn.com
     Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WHITNEY WHITE,** | Civil No. 3:11-cv-776-HU |
| Plaintiff, | |
| v. | ORDER DISMISSING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND WORLD FINANCIAL NETWORK NATIONAL BANK |
| **EQUIFAX INFORMATION SERVICES, LLC,** a foreign corporation, **TRANS UNION LLC,** a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.,** a foreign corporation, and **WORLD FINANCIAL NETWORK NATIONAL BANK,** a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss defendants Experian Information Solutions, Inc. and World Financial Network National Bank and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against

Page 1 – ORDER DISMISSING DEFENDANTS EXPERIAN AND WORLD FINANCIAL NETWORK NATIONAL BANK

Experian Information Solutions, Inc. and World Financial Network National Bank are dismissed with prejudice and without costs to either party.

DONE AND ORDERED on this 6th day of August 2012.

_____
HONORABLE ~~DENNIS J. HUBEL~~ /Michael H. Simon
UNITED STATES ~~MAGISTRATE~~ JUDGE

Page 2 – ORDER DISMISSING DEFENDANTS EXPERIAN AND WORLD FINANCIAL NETWORK NATIONAL BANK

CERTIFICATE OF SERVICE

   I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANTS EXPERIAN AND WORLD FINANCIAL NETWORK NATIONAL BANK on the following persons:

Jeffrey M. Edelson
Markowitz, Herbold, Glade & Mehlhaf, P.C.
1211 SW Fifth Avenue, Suite 3000
Portland OR 97204

Lewis P. Perling
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
  Attorneys for Equifax Information Services, LLC

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor, Suite 200
Portland OR 97204

Breanne J. Strubinger
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
  Attorneys for Trans Union LLC

Reilley D. Keating
Stoel Rives LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

Angela M. Taylor
Jones Day
3161 Michelson Drive, Suite 800
Irvine CA 92612
  Attorneys for Experian Information Solutions, Inc.

David J. Kaminski
Carlson & Messer LLP
5959 W. Century Blvd. #1214
Los Angeles CA 90045

Page 3 – ORDER DISMISSING DEFENDANTS EXPERIAN AND WORLD FINANCIAL NETWORK NATIONAL BANK

Jeffrey I. Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorneys for World Financial Network Bank

by the following indicated method:

\_\_\_    by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

\_\_\_    by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

_X_    by electronic delivery of full, true and correct copies through the court's **CM/ECF** system to the attorney(s) set forth above on the date set forth below.

\_\_\_    by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

\_\_\_    by **facsimile** transmission of full, true and correct copies on the date set forth below.

Dated this 2nd day of August 2012.

                                          /s/ Robert S. Sola
                                          _____
                                          Robert S. Sola, OSB # 84454
                                          (503) 295-6880
                                          (503) 291-9172 (facsimile)
                                          Attorney for Plaintiff