**ROBERT S. SOLA**, OSB # 84454
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
rssola@msn.com
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **WHITNEY WHITE,** | Civil No. 3:11-cv-776-HU |
| Plaintiff, | |
| v. | ORDER DISMISSING DEFENDANT TRANS UNION LLC |
| **EQUIFAX INFORMATION SERVICES, LLC**, a foreign corporation, **TRANS UNION LLC**, a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and **WORLD FINANCIAL NETWORK NATIONAL BANK**, a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss defendant Trans Union LLC and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Trans Union LLC are dismissed with prejudice and without costs to either party.

DONE AND ORDERED on this 5th day of October 2012.

_____
HONORABLE MICHAEL H. SIMON
UNITED STATES JUDGE

Page 1 – ORDER DISMISSING DEFENDANT TRANS UNION LLC