**ROBERT S. SOLA,** OSB # 84454
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
rssola@msn.com
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **WHITNEY WHITE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC**, a foreign corporation,<br>**TRANS UNION LLC**, a foreign corporation,<br>**EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and<br>**WORLD FINANCIAL NETWORK NATIONAL BANK**, a foreign corporation,<br><br>    Defendants. | Civil No. 3:11-cv-776-HU<br><br>ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC AND ENTIRE ACTION |

THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss defendant Equifax Information Services, LLC and Entire Action and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Equifax Information Services, LLC are dismissed with prejudice and without costs to either party, and this entire action is dismissed.

Page 1 – ORDER DISMISSING DEFENDANT EQUIFAX AND ENTIRE ACTION

DONE AND ORDERED on this 7th day of February 2013.

_____
HONORABLE MICHAEL H. SIMON
UNITED STATES JUDGE